# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Regina McConnell**

      Plaintiff

vs.                        **CASE NUMBER: 5:21-cv-295 (NAM)**

**Kilolo Kijakazi**
Acting Commissioner of Social Security

      Defendant

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  ORDERED that the decision of the Commissioner is REVERSED AND REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for proceedings consistent with this Memorandum-Decision & Order.

All of the above pursuant to the order of the Honorable Norman A. Mordue, dated the 16th day of May, 2022.

DATED: May 16, 2022

_____
Clerk of Court

                                      s/Kathy Rogers
                                      Deputy Clerk